UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHELE M. BUCCIARELLI,

    Plaintiff,

v.

WELLS FARGO HOME MORTGAGE, et al,

    Defendants.
    _____/

Case No. 15-13900

Honorable Nancy G. Edmunds

## OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MARCH 3, 2017 REPORT AND RECOMMENDATION [48]

Before the Court is the magistrate judge's March 3, 2017 report and recommendation on Defendants Wells Fargo Home Mortgage, Wells Fargo Institutional Retirement and Trust and Wachovia Bank's (together, Wells Fargo Defendants) motion to dismiss or for summary judgment (docket 23); Defendant Selene Finance LP's motion for summary judgment or for dismissal (dkt. 30); and Defendant Bank of America, N.A.'s motion to dismiss[1] (dkt. 45). Plaintiff filed responses to the Wells Fargo Defendants' motion and Defendant Selene Finance's motion and those Defendants filed replies. (Dkt. 27, 29, 33, 34.) The Court is fully advised in the premises and has reviewed the record and the pleadings. No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The

---

[1] Bank of America, N.A., as successor by merger with BAC Home Loans Servicing, L.P., formerly known as Countrywide Home Loans Servicing, L.P. (Dkt. 45.)

Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

The Court DISMISSES Plaintiff's complaint with prejudice (dkt. 6).

So ordered.

                                        s/Nancy G. Edmunds
                                        Nancy G. Edmunds
                                        United States District Judge

Dated: March 27, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record and Plaintiff Rachele Bucciarelli on March 27, 2017, by electronic and/or ordinary mail.

                                        s/Carol J. Bethel
                                        Case Manager